No. 720. MILCOR STEEL CO. *v*. GEORGE A. FULLER CO. ET AL. December 8, 1941. Petition for writ of certiorari

to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. George L. Wilkinson* and *Asher Blum* for petitioner. *Messrs. Malcolm K. Buckley* and *Conrad Christel* for respondents.